DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SARAH WALTER**,
Appellant,

v.

**EDWARD LOPEZ**,
Appellee.

No. 4D18-3615

[June 6, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. FMCE-13-006859.

Paul E. Gifford of the Law Office of Paul E. Gifford, Chartered, Fort Lauderdale, for appellant.

Edward A. Lopez, Hollywood, pro se.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***